TRINETTE G. KENT (State Bar No. 222020)
3219 East Camelback Road, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com
Attorneys for Plaintiff,
Lorena Gutierrez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ADMIN RECOVERY, LLC,<br><br>　　　　　Defendants. | Case No.: 1:17-cv-00261-DAD-BAM<br><br>**ORDER** |

　　　Based on Plaintiff's Motion for an Extension of the Dismissal Filing Deadline, and for good cause shown, Plaintiff shall have until and including July 10, 2017, in which to file her dismissal documents.

IT IS SO ORDERED.

　　　Dated: __**June 5, 2017**__　　　　　　　　　/s/ *Barbara A. McAuliffe*　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE